No. D–1471.  IN RE DISBARMENT OF NILES.  It is ordered that Peter L. Niles, of Daytona Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1472.  IN RE DISBARMENT OF CULLEN.  It is ordered that Thomas P. Cullen, Jr., of Woodside, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1474.  IN RE DISBARMENT OF MURPHY.  It is ordered that James Patrick Murphy, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1475.  IN RE DISBARMENT OF KINCAID.  It is ordered that James G. Kincaid, of Ft. Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1476.  IN RE DISBARMENT OF GIBBES.  It is ordered that Brian Peter Gibbes, of Hilton Head, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1477.  IN RE DISBARMENT OF DAWKINS.  It is ordered that Reuben Samuel Dawkins, of Boston, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1478.  IN RE DISBARMENT OF CHASTAIN.  It is ordered that Randall Meads Chastain, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.